```
                                            FILED
                                   CLERK, U.S. DISTRICT COURT

                                        AUG 30 2012

                                   CENTRAL DISTRICT OF CALIFORNIA
                                   BY                      DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYREE ROWE,<br><br>        Petitioner,<br><br>    v.<br><br>GUTIERREZ, Warden,<br><br>        Respondent. | NO. CV 11-5304-SVW(E)<br><br>ORDER ACCEPTING FINDINGS,<br>CONCLUSIONS AND RECOMMENDATIONS<br>OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

    IT IS ORDERED that Judgment be entered dismissing the action without prejudice.

///
///
///
///

1   IT IS FURTHER ORDERED that the Clerk serve copies of this Order,
2   the Magistrate Judge's Report and Recommendation and the Judgment
3   herein by United States mail on Petitioner and counsel for Respondent.
4
5   LET JUDGMENT BE ENTERED ACCORDINGLY.
6
7   DATED: ____August 30____, ~~2011~~ 2012.
8
9
10  _____
11  STEPHEN V. WILSON
    UNITED STATES DISTRICT JUDGE