FILED
CLERK, U.S. DISTRICT COURT

AUG 30 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYREE ROWE,<br><br>        Petitioner,<br><br>   v.<br><br>GUTIERREZ, Warden,<br><br>        Respondent. | NO. CV 11-5304-SVW(E)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: _____August 20_____, 2011.

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE